In the United States District Court
Western District Of Arkansas
_____ Division

Jimario Burton
_____

*(In the space above enter your full name and Prison ID Number, if any. Do not include your Social Security Number).*

-against-

Crean Sieger

Aaliyah Rose

Peyton Graves

_____

*(In the space above enter the full name of each Defendant)*

Case No. 1:23-cv-01042-SOH-BAB
(To be filled out by Clerk's Office only)

# COMPLAINT
*(Pro Se Prisoner)*

Jury Demand?
☐ Yes
☐ No

### NOTICE

**Do not attach exhibits, affidavits, grievances, witness statements, or any other materials to your Complaint. Any materials other than the Complaint will be returned to you unfiled by the Clerk's Office.**

## I. PLAINTIFF INFORMATION

Jimario Damarius Burton                               N/A
Name (First, Middle, Last)                            Aliases

Prisoner ID #, if any

Columbia County Detention Center
Place of Detention or Incarceration

Page 1 of 11

<u>1300 W. University, Apt. 2</u>
Address *(If detained, facility address)*

<u>Columbia County   Magnolia,   AR     71753</u>
County, City                State          Zip Code

## II.  PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐ Pretrial detainee

☐ Convicted and serving a sentence. Provide Date of Conviction _____.

☑ Other. Explain: <u>Was a detainee when incident occured.</u>

## III.  DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. If you need more space for additional defendants, list the additional defendants on another piece of paper, providing the same information. Do not list witnesses. The jail or detention center is a building and cannot be sued.*

Defendant 1:  <u>Sieger, Gean</u>
Name (Last, First)

<u>Jail Administrator</u>
Current Job Title

<u>82 Columbia RD 300</u>
Current Work Address

<u>Magnolia          AR        71753</u>
County, City        State       Zip Code

Defendant 2:

(First) (Last)
Aaliyah Rose
Name (Last, First)

Jail Administrator Assistant
Current Job Title

92 Columbia RD 300
Current Work Address

magnolia   AR   71753
County, City   State   Zip Code

Defendant 3:

Graves Peyton
Name (Last, First)

Jailer (possibly Sergeant)
Current Job Title

92 Columbia RD 300
Current Work Address

magnolia   AR   71753
County, City   State   Zip Code

Defendant 4:

Name (Last, First)

Current Job Title

Current Work Address

County, City   State   Zip Code

## IV. STATEMENT OF CLAIMS

*State **every** ground on which you claim that one or more of the Defendants violated your federal constitutional rights. **List each claim separately** (e.g., excessive force, denial of medical care, access to the courts, conditions of confinement, etc.). If you have more than three separate claims, you may attach additional sheets of paper, providing the same information for each claim. **You may attach no more than one additional sheet for each claim.***

**Claim Number 1:**

Place(s) of occurrence: Columbia County Detention Center

Date(s) of occurrence: 2/23/23

Name of Each Defendant Involved:

Gean Sieger, Aaliyah Rose, Deyton Graves

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

Denial of medical care, Protection from violence by other inmates.

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

**What happened to you?**

FACTS: I was placed in general population with people I filed charges against. I was beaten by these people and threatened also. Before being placed in population I verbally showed concern for my safety.

| | |
|---|---|
| **Who did what?** | I was unable to be moved once being placed in population because a guard never came in to do cell checks. Peyton Graves was the current guard on duty and also was my booking officer. I was denied medical care by Ms. Gean Sieger and Ms. Aaliyah Rose. |
| **How were you injured?** | My injuries were two black eyes, cuts on my eyes, ears, and face. I also believe I had a concussion and broken teeth. |

With regard to claim 1, are you suing Defendant(s) in his/her/their:

☐ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the violation).

☐ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

☑ Both Official and Individual capacity

*If you are asserting an official capacity claim,* please describe the custom, policy, or widespread practice that you believe caused the violation of your constitutional rights.

Prison conditions and practices created an unreasonable risk. (Not enough guards on duty, no concern for inmate safety or health, and improper cell checks.)

**Claim Number 2:**

Place(s) of occurrence: _____

## V.   RELIEF

*If you are asking for money damages from the named Defendant(s), indicate below the types of damages you are seeking:*

- ☑ Compensatory damages (money damages designed to compensate for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights).
- ☐ Punitive damages (designed to punish a defendant for engaging in misconduct and to deter a Defendant and others from engaging in such misconduct in the future).
- ☐ Other relief (describe below).

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. If you are requesting money damages, include the amounts of any actual damages and/or punitive damages you are claiming. Explain why you believe you are entitled to those damages.*

I believe that I should be compensated for my physical pain and suffering and for Dental and medical bills associated with the events that occured. I'm currently unsure of the total cost of these bills so therefore can't decide how much to claim. I'm still going through treatment.

## VI. PRISONER'S LITIGATION HISTORY

Have you brought any other lawsuits in state or federal court while a prisoner?   ☐ Yes   ☑ No

    If yes, how many? _____

Have you brought any other lawsuits in state or federal court **dealing with the same facts as this case**?   ☐ Yes   ☑ No

    If yes, how many? _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)
- The "three strikes rule" bars a prisoner from bringing a civil action or an appeal without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility brought an action or appeal . . . that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). **To the best of your knowledge, indicate if any of your cases were dismissed because they were frivolous, malicious, or failed to state a claim upon which relief could be granted, had a strike assessed, or were dismissed because of the "three strikes rule."**

_____
_____
_____
_____
_____
_____
_____
_____
_____

_____
_____
_____
_____
_____
_____
_____
_____
_____

## VII. PLAINTIFF'S DECLARATION AND SIGNATURE

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office shall result in the dismissal of my case.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

05/06/23
Dated

[signature]
Plaintiff's Signature

Jimario Damarcius Burton
Printed Name (First, MI, Last)

N/A
Prison Identification #, if any.

82 Columbia RD 300   Magnolia   AR   71753
Prison Address                City              State   Zip Code

Jimario Burton
1300 W. University
Magnolia, AR 71753

Received WD/AR

MAY 15 2023

U.S. Clerk's Office

Pro Se Law Clerk Office
35 E. Mountain, Room 510
Fayetteville, AR 72701